# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO.  8:16-cr-524-T-23TBM                       DATE:  December 22, 2016

HONORABLE AMANDA ARNOLD SANSONE          INTERPRETER    N/A
                                                                                   LANGUAGE

UNITED STATES OF AMERICA                                    AUSA Kristen Fiore
v.                                                                              Government Counsel

JAMES J. JEAN-RENE                                              Anne Borghetti, Esq.
Defendant                                                                 Defense Counsel

COURT RPTR/TAPE  Digital                                   DEPUTY CLERK Cathy Morgan

TIME    3:36 - 4:07                        TOTAL        COURTROOM     10B

## PROCEEDINGS: **INITIAL APPEARANCE/ARRAIGNMENT/BOND HEARING**
(Circle proceedings that apply)

| | |
|---|---|
| X | Deft provided w/copy of  Indictment |
| X | ARREST DATE:  December 22, 2016 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | CJA appointed for all purposes including trial - may reimburse |
| X | Govt position on release |
| X | Court sets bond for defendant |
| X | $50,000.00 signature bond co-signed by defendant's wife |
| X | Pretrial Services supervision |
| X | No personal identifiers or credit cards unless his own |
| X | Shall reside with his wife |
| X | Prohibited from using and/or possessing any firearms, destructive devices or dangerous weapons |
| X | Electronic monitoring - home detention - is allowed to mow his lawn at the direction of Pretrial |
| X | Third party custody of his wife |
| X | Can not change his address without prior court approval |
| X | Shall not obtain a passport |
| X | Surrender passport to Pretrial Services by December 23, 2016 at 4:00 p.m. |
| X | Indictment filed and copied to defendant. |
| X | Defendant waived reading of Indictment |
| X | Defendant plead Not Guilty as to all counts |
| X | Trial scheduled for trial term commencing February 6, 2017 at 9:00 a.m. before Judge Merryday |
| X | Status conference report due on January 10, 2017 |
| X | Government to provide Rule 16(a) discovery |
| X | Defendant to provide Rule 16(b) discovery |
| X | Judge McCoun to enter the standing discovery order. |