AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL
16 DEC -8 AM 8:57
MIDDLE DIST. OF FLORIDA
TAMPA

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
JAMES J. JEAN-RENE

Case No. 8:16-cr-524-T-23TBM

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES J. JEAN-RENE
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to defraud the United States, to commit the theft of government property and aggravated identity theft. Theft of government property and aggravated identity theft.

In violation of: 18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 1028A

Date: 12-7-2016

*Issuing officer's signature*

City and state: Tampa, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/22/2016, and the person was arrested on *(date)* 12/22/2016
at *(city and state)* Riverview, FL

Date: 12/22/2016

*Arresting officer's signature*

Christopher Hall, Special Agent IRS-CI
*Printed name and title*